UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23cv23972

CAROLE S RAFIE,

    Plaintiff,

v.

NCL (Bahamas) Ltd.,
A Bermuda Company,
d/b/a NORWEGIAN CRUISE LINES, INC.

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Justin Seth Drach, Esquire and the law firm of Thoele | Drach have changed their physical address to 3744 Dupont Station Ct S, Jacksonville, FL 32217, and respectfully request that the Court and all parties hereto take notice of the same.

Respectfully submitted on October 19, 2023:

**THOELE|DRACH**

BY: _____
**Justin Seth Drach, Esq.**
Florida Bar No. 103016
Email: justin@thoeledrach.com
3744 Dupont Station Ct S
Jacksonville, FL 32217

1

Telephone: (904) 600-4384
Facsimile: (904) 306-1355
*Attorneys for Plaintiff*